[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
JANUARY 22, 2007
THOMAS K. KAHN
CLERK

_____

No. 05-16650

_____

D. C. Docket No. 05-00100-CR-J-32MMH

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

TERRELL WILLIAMS,
a.k.a. Terral Williams,

Defendant-Appellant.

_____

No. 05-16695

_____

D. C. Docket No. 01-00022-CR-J-32HTS

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

TERRELL WILLIAMS,

a.k.a. Terral Williams,

                                        Defendant-Appellant.

                    _____

                          No. 05-16750

                    _____

                D. C. Docket No. 98-00319-CR-J-21-HTS

UNITED STATES OF AMERICA,

                                        Plaintiff-Appellee,

                              versus

TERRELL WILLIAMS,
a.k.a. Terral Williams,

                                        Defendant-Appellant.

                    _____

                Appeals from the United States District Court
                    for the Middle District of Florida

                    _____

                        **(January 22, 2007)**

Before ANDERSON and MARCUS, Circuit Judges, and ALTONAGA,* District
Judge.

PER CURIAM:

_____
* Honorable Cecilia M. Altonaga, United States District Judge for the Southern District of
Florida, sitting by designation.

After oral argument and careful consideration and for the reasons discussed at oral argument, we conclude that the judgment of the district court is due to be affirmed. We conclude that the asserted factual mistakes by the district court are immaterial, and that the sentence is reasonable.

**AFFIRMED.**